**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7308**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARK WATKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:94-cr-00066-FPS-1)

Submitted:  January 16, 2020                         Decided:  January 29, 2020

Before WYNN and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Watkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Watkins appeals the district court's order denying his post-judgment motion for discovery. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm for the reasons stated by the district court. *See United States v. Watkins*, No. 5:94-cr-00066-FPS-1 (N.D.W. Va. Aug. 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*